UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALLY BAMBERGER,

    Plaintiff,

v.

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

Case No. 16-13593

Honorable Nancy G. Edmunds

## **ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S FEBRUARY 6, 2018 REPORT AND RECOMMENDATION [22]**

Currently before the Court is the magistrate judge's February 6, 2018 report and recommendation on cross-motions for summary judgment. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Plaintiff's Motion for Summary Judgment [19] is DENIED and Defendant's motion for Summary Judgment [21] is GRANTED.

SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds

United States District Judge

Dated: February 26, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2018, by electronic and/or ordinary mail.

                                s/Lisa Bartlett
                                Case Manager